# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **Ocie Todd, et al** ) | CASE NO.: 3:07cv01188(AWT) |
| ) |  |
| **Plaintiffs** ) |  |
| v. ) | APPEARANCE |
| ) |  |
| **Ameriquest Mortgage Co., et al** ) |  |
| ) |  |
| **Defendants** ) | August 27, 2007 |
| ) |  |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for**

Plaintiffs


August 27, 2007          /s/Daniel S. Blinn
Date                           Daniel S. Blinn,   Fed. Bar. No. ct02188
                               Consumer Law Group, LLC
                               35 Cold Spring Road, Suite 512
                               Rocky Hill, CT 06067
                               Tel. (860) 571-0408   Fax. (860) 571-7457
                               dblinn@consumerlawgroup.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                               /s/Daniel S. Blinn
                               Daniel S. Blinn