UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OCIE TODD, ET AL. ) | CIVIL ACTION NO.: |
| ) | 3:07 CV 01188(AWT) |
| V. ) | |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, ET AL. ) | OCTOBER 12, 2007 |
| ) | |

### APPEARANCE

Please enter the Appearance of Elizabeth M. Smith, Esq. on behalf of Defendant Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2004-R4 Under The Pooling And Servicing Agreement Dated As Of May 1, 2004, Without Recourse ("Deutsche Bank") in the above-captioned matter.

THE DEFENDANT,
DEUTSCHE BANK

/s/
Elizabeth M. Smith ct 19808
esmith@thelen.com
THELEN REID BROWN RAYSMAN
  & STEINER, LLP
185 Asylum St.
CityPlace II/10th Floor
Hartford, CT 06103
Telephone: (860) 275-6400
Facsimile:  (860) 275-6410

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing this 12th day of October, 2007.

Daniel S. Blinn (ct02188)
dblinn@consumerlawgroup.com
Andrew G. Pizor (ct27015)
apizor@consumerlawgroup.com
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT 06067
Telephone: (860) 571-0408
Facsimile: (860) 571-7475

                                                 /s/
                                         Elizabeth M. Smith

CT #162121 v1