JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-30)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 2 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                    MDL No. 1715

SCHEDULE CTO-30 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
  ALS   1   07-623         Janice Burrell, et al. v. Ameriquest Mortgage Co.
  ALS   1   07-648         Benjamin Johnson, et al. v. Ameriquest Mortgage Co.
  ALS   1   07-652         Mervin Thomas, et al. v. Ameriquest Mortgage Co.

CONNECTICUT
  ~~CT    3   07-1113~~       ~~Andrew Dlugolecki v. Town & Country Credit Corp., et al.~~
                              Opposed 10/22/07
  CT    3   07-1188         Ocie Todd, et al. v. Ameriquest Mortgage Co., et al.   (Awt)

NEW YORK EASTERN
  NYE   1   07-3772         Darrin Drew, et al. v. ACC Capital Holdings Corp., et al.

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

MDL No. 1715

## INVOLVED COUNSEL LIST (CTO-30)

Kenneth J. Flickinger
Knucles & Komosinski, P.C.
220 White Plains Road
Tarrytown, NY 10951

Andrew G. Pizor
Consumer Law Group
35 Cold Spring Road
Suite 512
Rocky Hill, CT 06067

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL 36602

David Slarskey
Friedman, Kaplan, Seiler & Adelman, LLP
1633 Broadway, 46th Floor
New York, NY 10019-6708

Elizabeth Mott Smith
Thelen Reid Brown Raysman & Steiner, LLP
City Place II
185 Asylum Street
10th Floor
Hartford, CT 06103

Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES LITIGATION                MDL No. 1715

## INVOLVED JUDGE LIST (CTO-30)

Hon. William E. Cassady
U.S. Magistrate Judge
306 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3624

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

~~Hon. Janet Bond Arterton~~
~~U.S. District Judge~~
~~118 Richard C. Lee U.S. Courthouse~~
~~141 Church Street~~
~~New Haven, CT 06510~~

Hon. Alvin W. Thompson
U.S. District Judge
240 Abraham Ribicoff Fed. Bldg. & U.S. Courthouse
450 Main Street
Hartford, CT 06103-3022

Hon. Sandra L. Townes
U.S. District Judge
905 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11202-1818