## U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:07−cv−01188−AWT

Todd et al v. Ameriquest Mortgage Co et al
Assigned to: Judge Alvin W. Thompson
Cause: 15:1601 Truth in Lending

Date Filed: 08/03/2007
Date Terminated: 10/26/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Ocie Todd**     represented by   **Andrew G. Pizor**
Consumer Law Group
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
860−571−0408 x105
Fax: 860−571−7457
Email: apizor@consumerlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel S. Blinn**
Consumer Law Group
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
860−571−0408
Fax: 860−571−7457
Email: dblinn@consumerlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Todd**     represented by   **Andrew G. Pizor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel S. Blinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guy T. Passarello**     represented by   **Andrew G. Pizor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel S. Blinn**
(See above for address)

                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline M. Passarello**      represented by    **Andrew G. Pizor**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Daniel S. Blinn**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Buch**      represented by    **Andrew G. Pizor**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Daniel S. Blinn**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Buch**      represented by    **Andrew G. Pizor**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Daniel S. Blinn**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Co**      represented by    **Elizabeth Mott Smith**
                Thelen Reid Brown Raysman &Steiner
                LLP−Htfd
                185 Asylum Street, 10th Floor
                Hartford, CT 06103
                860−275−6472
                Fax: 860−275−6410
                Email: esmith@thelen.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Natl Trust Co**  represented by **Elizabeth Mott Smith**
*As Trustee Ameriquest Mortgage Securities Inc,*  (See above for address)
*Asset Backed Pass–through Certificates Series*  LEAD ATTORNEY
*2004–R4 under pooling &svc agreement dated*  ATTORNEY TO BE NOTICED
*5/1/04 without recourse*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/03/2007 | 1 | COMPLAINT against Ameriquest Mortgage Co, Deutsche Bank Natl Trust Co ( Filing fee $ 350 receipt number H023204), filed by Ocie Todd, Nancy Todd, Guy T. Passarello, Pauline M. Passarello, Kenneth Buch, Judith Buch.(Bauer, J.) (Entered: 08/06/2007) |
| 08/03/2007 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 11/3/2007.Amended Pleadings due by 10/2/2007.,Discovery due by 2/2/2008.,Dispositive Motions due by 3/3/2008.. Signed by Clerk on 8/3/07. (Bauer, J.) (Entered: 08/06/2007) |
| 08/03/2007 | 3 | ELECTRONIC FILING ORDER. Signed by Judge Alvin W. Thompson on 8/3/07. (Bauer, J.) (Entered: 08/06/2007) |
| 08/06/2007 |  | Summons Issued as to Ameriquest Mortgage Co, Deutsche Bank Natl Trust Co. (Bauer, J.) (Entered: 08/06/2007) |
| 08/06/2007 |  | Docket entry correction re: Summons Issued as to Ameriquest Mortgage Co, Deutsche Bank Natl Trust Co. Corrected date summons issued. (Bauer, J.) (Entered: 08/07/2007) |
| 08/27/2007 | 4 | NOTICE of Appearance by Daniel S. Blinn on behalf of all plaintiffs (Blinn, Daniel) (Entered: 08/27/2007) |
| 09/05/2007 | 5 | WAIVER OF SERVICE Returned Executed as to Deutsche Bank Natl Trust Co waiver sent on 8/14/2007, answer due 10/13/2007. filed by Ocie Todd; Nancy Todd; Guy T. Passarello; Pauline M. Passarello; Kenneth Buch; Judith Buch. (Pizor, Andrew) (Entered: 09/05/2007) |
| 09/05/2007 | 6 | WAIVER OF SERVICE Returned Executed as to Ameriquest Mortgage Co waiver sent on 8/14/2007, answer due 10/13/2007. filed by Ocie Todd; Nancy Todd; Guy T. Passarello; Pauline M. Passarello; Kenneth Buch; Judith Buch. (Pizor, Andrew) (Entered: 09/05/2007) |
| 10/12/2007 | 7 | NOTICE of Appearance by Elizabeth Mott Smith on behalf of Ameriquest Mortgage Co (Smith, Elizabeth) (Entered: 10/12/2007) |
| 10/12/2007 | 8 | NOTICE of Appearance by Elizabeth Mott Smith on behalf of Deutsche Bank Natl Trust Co (Smith, Elizabeth) (Entered: 10/12/2007) |
| 10/12/2007 | 9 | Corporate Disclosure Statement by Ameriquest Mortgage Co. (Smith, Elizabeth) (Entered: 10/12/2007) |
| 10/12/2007 | 10 | MOTION for Extension of Time until November 12, 2007, On Consent, to Answer or File Motion in Response to 1 Complaint by Ameriquest Mortgage Co, Deutsche Bank Natl Trust Co. (Smith, Elizabeth) (Entered: 10/12/2007) |
| 10/15/2007 | 11 | ORDER granting 10 Motion for Extension of Time until November 12, 2007, On Consent, to Answer or File Motion in Response to 1 Complaint. Signed by Clerk on 10/15/07. (Ferguson, L.) (Entered: 10/15/2007) |
| 10/15/2007 |  | Answer deadline updated for Ameriquest Mortgage Co to 11/12/2007; Deutsche Bank Natl Trust Co to 11/12/2007. (Ferguson, L.) (Entered: 10/15/2007) |

| | | |
|---|---|---|
| 10/26/2007 | 12 | MDL TRANSFER ORDER. Case transferred to the Northern District of Illinois. Signed by Jeffery N. Luthi, Clerk, MDL Panel on 10/23/07. (Ferguson, L.) (Entered: 10/31/2007) |
| 11/02/2007 | | Case electronically transferred to the District of Illinois−Northern. (Bauer, J.) (Entered: 11/02/2007) |
| 11/06/2007 | 13 | Certified Copy of MDL TRANSFER ORDER. Case transferred to the Northern District of Illinois. Signed by Jeffery N. Luthi, Clerk, MDL Panel on 10/23/07. (Ferguson, L.) (Entered: 11/08/2007) |